■ EC, L. L. C., Appellant, v Eaglecrest Manufactured Home Park, Inc., Respondent. (Appeal No. 3.) [715 NYS2d 170] —Order unanimously affirmed without costs. Same Memorandum as in *EC, L. L. C. v Eaglecrest Manufactured Home Park* ([appeal No. 2] 275 AD2d 898 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Fahey, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Balio, JJ.